UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

AVANTE BAGGETT,

                      Plaintiff,                          10 Civ. 3677 (CM)(FM)

    -against-

THE TOWN OF LLOYD, et al.,

                      Defendants.
———————————————————————x

### DECISION AND ORDER TRANSFERRING THE CASE TO THE NORTHERN DISTRICT OF NEW YORK

McMahon, J.:

      Plaintiff filed his complaint in this action on May 5, 2010. At the initial scheduling conference held on August 5, 2010, it came to the Court's attention that defendant the Town of Lloyd is located in Ulster County, which is part of the Northern District of New York. The events giving rise to this action occurred in the Town of Lloyd. This action should have been filed in the Northern District of New York.

      Accordingly, the Clerk of the Court is directed to transfer this case to the Northern District of New York.

Dated: August 5, 2010

                                                                                  U.S.D.J.

By ECF to All Counsel

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/10
```